UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARIA METKO, | ) | 3:07-CV-226-BES (RAM) |
| | ) | |
|     Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | January 22, 2008 |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
|     Defendant. | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>        REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):   <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

    Plaintiff has filed a Motion for Default Judgment (Doc. #13).

    It appears that Plaintiff attempted service on the Social Security Administration in this case by serving Susan Stewart, a Deputy State Attorney General, and Dianne Lowe, an Operations Supervisor of the local Social Security Office (Doc. #15).  This service was improper and does not constitute valid service on the Social Security Administration. Service on the United States and its agencies must be made pursuant to Fed. R. Civ. P. 4(i)(1) and (2).

    Plaintiff's Motion for Default Judgment (Doc. #13) is <u>DENIED</u>.

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:_____/s/_____
        Deputy Clerk